*v.*

**Tonya Renee REA**
**and Healthport Technologies, LLC,**
**fka Smart Document Solutions, Inc.,**
*Defendants,*

*and*

**LEGACY HEALTH SYSTEMS,**
*Defendant-Respondent.*

Multnomah County Circuit Court
080811093; A141993

244 P3d 922

Janine Robben argued the cause and filed the briefs for appellant.

Gregory Chaimov argued the cause for respondent. With him on the brief were William Miner, Robert Newell, and Davis Wright Tremaine LLP.

Before Landau, Presiding Judge, and Ortega, Judge, and Sercombe, Judge.

PER CURIAM

Affirmed. *Paul v. Providence Health System-Oregon*, 237 Or App 584, 240 P3d 1110 (2010).